IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**v.**                 **CASE NO. 5:15-CR-50040**

**DAVID DUFFIN**                                          **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 56) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on November 12, 2019. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 56) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion to Vacate (Doc. 50) is **DENIED and DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 17th day of December, 2019.

                                             /s/ Timothy L. Brooks
                                             TIMOTHY L. BROOKS
                                             UNITED STATES DISTRICT JUDGE